# U.S. District Court
## Alabama Middle District (Opelika)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-00198-WHA-SRW-ALL
### Internal Use Only

Case title: USA v. Snipes                                    Date Filed: 09/08/2005

Assigned to: Honorable W. Harold Albritton, III
Referred to: Honorable Susan Russ Walker

**Defendant**

**Dexter Wayne Snipes** (1)      represented by   **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*TERMINATED: 11/17/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Russell Turner Duraski**
5950 Carmichael Place
Suite 213
Montgomery, AL 36117
334-260-9733
Fax: 260-9735
Email: duraskilaw@charter.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Donnie Wayne Bethel**
Federal Defenders
201 Monroe Street
Suite 407
Montgomery, AL 36104
334-834-2099

CM/ECF - U.S. District Court: ALMD - Docket Report    https://ecf.almd.circ11.dcn/cgi-bin/DktRpt.pl?883268485237796-L...

Case 3:06-cv-00131-WHA-SRW    Document 1-2    Filed 02/10/2006    Page 2 of 7

# U.S. District Court
## Alabama Middle District (Opelika)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-00198-WHA-SRW-ALL
### Internal Use Only

Case title: USA v. Snipes            Date Filed: 09/08/2005

Assigned to: Honorable W. Harold Albritton, III
Referred to: Honorable Susan Russ Walker

**Defendant**

**Dexter Wayne Snipes** (1)    represented by    **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*TERMINATED: 11/17/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Russell Turner Duraski**
5950 Carmichael Place
Suite 213
Montgomery, AL 36117
334-260-9733
Fax: 260-9735
Email: duraskilaw@charter.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Donnie Wayne Bethel**
Federal Defenders
201 Monroe Street
Suite 407
Montgomery, AL 36104
334-834-2099

Fax: 834-0358
Email: don_bethel@fd.org
*TERMINATED: 11/17/2005*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

18:922(g)(1) UNLAWFUL
TRANSPORT OF FIREARMS BY
CONVICTED FELON - NMT
$250,000; [*]; NMT 10Y; B; NMT 3Y
SUP REL; G/L; VWPA; $100 AF
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA                                  represented by   **Tommie Brown Hardwick**
                                                      U.S. Attorney's Office
                                                      PO Box 197
                                                      Montgomery, AL 36101-0197
                                                      334-223-7280
                                                      Fax: 334-223-7135
                                                      Email: tommie.hardwick@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John T. Harmon**
                                                      U.S. Attorneys Office
                                                      PO Box 197
                                                      Montgomery, AL 36101-0197
                                                      334-223-7280
                                                      Fax: 334-223-7560

Email: john.harmon@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2005 | | INDICTED SEALED as to Dexter Wayne Snipes: Purusant to Grand Jury of January 5, 2005 - Cr. Misc. NO. 832. Government's Motion to Seal and Order of 9/8/05 granting Motion to Seal as to Indictment No. 14 (3:05cr198-A) (ws) (Entered: 09/12/2005) |
| 09/12/2005 | 3 | WARRANT FOR ARREST Issued as to Dexter Wayne Snipes. (ws) (Entered: 09/12/2005) |
| 11/04/2005 | | Case unsealed as to Dexter Wayne Snipes per notice received from the U.S. Marshal's Service of detainer placed w/Macon Co. Jail (ws, ) (Entered: 11/04/2005) |
| 11/04/2005 | | Arrest of Dexter Wayne Snipes (jct, ) (Entered: 11/07/2005) |
| 11/07/2005 | 4 | MOTION for Detention Hearing by USA as to Dexter Wayne Snipes. (Hardwick, Tommie) (Entered: 11/07/2005) |
| 11/07/2005 | 5 | CJA 23 Financial Affidavit by Dexter Wayne Snipes (jct, ) (Entered: 11/07/2005) |
| 11/07/2005 | | ORAL MOTION to Appoint Counsel by Dexter Wayne Snipes. (jct, ) (Entered: 11/07/2005) |
| 11/07/2005 | | ORDER (ORAL)granting Oral Motion to Appoint Counsel: Federal Defender appointed as to Dexter Wayne Snipes (1). Signed by Judge Susan Russ Walker on 11/7/05. (jct, ) (Entered: 11/07/2005) |
| 11/07/2005 | 6 | Minute Entry for proceedings held before Judge Susan Russ Walker :Initial Appearance as to Dexter Wayne Snipes held on 11/7/2005 Detention Hearing set for 11/10/2005 09:00 AM in Courtroom 5B before Honorable Susan Russ Walker. (Recording Time 3:00 - 3:12.) (jct, ) (Entered: 11/07/2005) |
| 11/07/2005 | 7 | Order of Temporary Detention Pending Hearing as to Dexter Wayne Snipes. Detention Hearing set for 11/10/2005 09:00 AM in Courtroom 5B before Honorable Susan Russ Walker. Pending this hearing, the defendant shall be held in custody of the U.S. Marshal and produced for the hearing.. Signed by Judge Susan Russ Walker on 11/7/05. (ws, ) (Entered: 11/07/2005) |
| 11/08/2005 | 8 | NOTICE OF ATTORNEY APPEARANCE: Donnie Wayne Bethel appearing for Dexter Wayne Snipes (Bethel, Donnie) (Entered: 11/08/2005) |
| 11/10/2005 | | ORAL MOTION for Appointment of New Counsel by Dexter Wayne Snipes. (jct, ) (Entered: 11/10/2005) |

| | | |
|---|---|---|
| 11/10/2005 | | ORDER (ORAL)granting Oral Motion to Appoint Counsel as to Dexter Wayne Snipes (1); directing Federal Defender's Office to furnish name of CJA Panel Attorney to be appointed for defendant. Signed by Judge Susan Russ Walker on 11/10/05. (jct, ) (Entered: 11/10/2005) |
| 11/10/2005 | 9 | Minute Entry for proceedings held before Judge Susan Russ Walker :Motion Hearing as to Dexter Wayne Snipes held on 11/10/2005 re ORAL MOTION to Appoint Counsel filed by Dexter Wayne Snipes, Detention Hearing reset from 11/10/05 to 11/15/2005 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker. (Recording Time 9:09 - 9:16.) (jct, ) (Entered: 11/10/2005) |
| 11/10/2005 | 10 | ORDER as to Dexter Wayne Snipes that the Defendant's Oral Motion for new counsel is GRANTED; ORDER APPOINTING PANEL ATTORNEY Russell Turner Duraski for Dexter Wayne Snipes. Detention Hearing presently set for 11/10/05 is CONTINUED to 11/15/2005 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker. Signed by Judge Susan Russ Walker on 11/10/05. (ws ) (Entered: 11/10/2005) |
| 11/15/2005 | 11 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Dexter Wayne Snipes (1) Count 1 held on 11/15/2005, Detention Hearing as to Dexter Wayne Snipes held on 11/15/2005, Plea entered by Dexter Wayne Snipes Not Guilty on counts 1. (Recording Time 10:10 - 10:34.) (Attachments: # 1 Witness List) (jct, ) (Entered: 11/15/2005) |
| 11/15/2005 | 12 | WAIVER of Speedy Trial by Dexter Wayne Snipes (jct, ) (Entered: 11/15/2005) |
| 11/15/2005 | 13 | NOTICE OF ATTORNEY APPEARANCE John T. Harmon appearing for USA. (Harmon, John) (Entered: 11/15/2005) |
| 11/15/2005 | 14 | MOTION to Withdraw as Attorney by Donnie W. Bethel. by Dexter Wayne Snipes. (Bethel, Donnie) (Entered: 11/15/2005) |
| 11/15/2005 | 15 | CJA 20 as to Dexter Wayne Snipes: Appointment of Attorney Russell Turner Duraski for Dexter Wayne Snipes. Signed by Judge Susan Russ Walker on 11/15/05. (jct, ) (Entered: 11/15/2005) |
| 11/16/2005 | 16 | ORDER OF DETENTION as to Dexter Wayne Snipes . Signed by Judge Susan Russ Walker on 11/16/05. (ws, ) (Entered: 11/16/2005) |
| 11/16/2005 | 17 | NOTICE OF ATTORNEY APPEARANCE: Russell Turner Duraski appearing for Dexter Wayne Snipes (ws, ) (Entered: 11/16/2005) |
| 11/17/2005 | 18 | ORDER granting 14 Motion to Withdraw as Attorney. Donnie Wayne Bethel and Federal Defender withdrawn from case as to Dexter Wayne Snipes (1). Signed by Judge Susan Russ Walker on 11/17/05. (ws ) (Entered: 11/17/2005) |

| | | |
|---|---|---|
| 11/28/2005 | 19 | ORDER ON ARRAIGNMENT as to Dexter Wayne Snipes(incorporating ORDER TO CONTINUE - Ends of Justice as to Dexter Wayne Snipes Time excluded from 11/28/05 until 3/20/06). Pretrial Conference set for 1/3/2006 at 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Jury Trial set for 3/20/2006 before Honorable W. Harold Albritton III. Any requested voir dire questions and jury instructions must be filed no later than one week before jury selection. Pretrial Motions due by 12/30/2005. Discovery by the Government due by 11/15/2005. Disclosures by the Defendant are due by 11/22/05. Signed by Judge Susan Russ Walker on 11/28/05. (ws, ) (Entered: 11/28/2005) |
| 12/02/2005 | 20 | MOTION to Continue Pretrial Conference by Dexter Wayne Snipes. (ws, ) (Entered: 12/02/2005) |
| 12/02/2005 | 21 | MOTION to Continue trial by Dexter Wayne Snipes. (ws, ) (Entered: 12/02/2005) |
| 12/06/2005 | 22 | ORDER as to Dexter Wayne Snipes: Jury Trial presently set for 3/20/06 is RESCHEDULED to 3/27/2006 before Honorable W. Harold Albritton III. . Signed by Judge W. Harold Albritton III on 12/6/05. (ws, ) (Entered: 12/06/2005) |
| 12/06/2005 | 23 | ORDER as to Dexter Wayne Snipes denying as moot 21 MOTION to Continue trial filed by Dexter Wayne Snipes. Signed by Judge W. Harold Albritton III on 12/6/05. (ws, ) (Entered: 12/06/2005) |
| 12/14/2005 | 24 | ORDER as to Dexter Wayne Snipes granting 20 MOTION to Continue Pretrial Conference filed by Dexter Wayne Snipes. Pretrial Conference previously set for 1/3/06 is RESET for 1/20/2006 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker.. Signed by Judge Susan Russ Walker on 12/14/05. (ws, ) (Entered: 12/14/2005) |
| 12/16/2005 | 25 | AMENDED ORDER that the motions deadline shall not be continued from the previous deadlines set in the arraignment order entered 11/28/05 as to Dexter Wayne Snipes . Signed by Judge Susan Russ Walker on 12/16/05. (jct, ) (Entered: 12/16/2005) |
| 01/20/2006 | 26 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Dexter Wayne Snipes held on 1/20/2006 (Recording Time 3:26 - 3:28.) (jct, ) (Entered: 01/20/2006) |
| 01/23/2006 | 27 | PRETRIAL CONFERENCE ORDER as to Dexter Wayne Snipes Jury Selection/Jury Trial set for 3/27/2006 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Voir Dire due by 3/20/2006 Proposed Jury Instructions due by 3/20/2006 Motions in Limine due by 3/20/2006 Plea Agreement due by 3/20/2006. Signed by Judge Susan Russ Walker on 1/23/06. (jct, ) (Entered: 01/23/2006) |
| 01/25/2006 | 28 | ORDER as to Dexter Wayne Snipes Pretrial Conference set for 2/27/2006 03:00 PM in Courtroom 5B before Honorable Susan Russ |

| | | Walker.. Signed by Judge Susan Russ Walker on 1/25/2006. (sql, ) (Entered: 01/25/2006) |