FOR USE WITH §2255s ONLY

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT RECEIVED

Middle _____ **District of** Alabama 90 A 9:29

Dexter Wayne Snipe

**Plaintiff**

v.

**APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

** See Notice on Second Page

Tuskegee Curcuit Court

**Defendant**

**CASE NUMBER:** 3:06cv131-WHA

I, Dexter Wayne Snipe _____ declare that I am the (check appropriate box)

☑ Petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   Montgomery    City    Jail

    Are you employed at the institution?   No    Do you receive any payment from the institution?   No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months'
    transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
        and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
        and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☑ Yes          ☐ No
    b.  Rent payments, interest or dividends                   ☑ Yes          ☑ No
    c.  Pensions, annuities or life insurance payments         ☐ Yes          ☑ No
    d.  Disability or workers compensation payments            ☐ Yes          ☑ No
    e.  Gifts or inheritances                                  ☐ Yes          ☑ No
    f.  Any other sources                                      ☐ Yes          ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
    amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Pulling cars and used, about 500$ or more
A month in Tuskegee Alabama. I plain on
making more if I get out.

4.   Do you have **any** cash or checking or savings accounts?     ☑Yes          ☐ No

   If "Yes," state the total amount. _____43$_____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?          ☐ Yes          ☑ No becaused everything been seize.

   If "Yes," describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   If any of your dependants are minors, please do not list their full name; just list their initials.

I declare under penalty of perjury that the above information is true and correct.

_____February 9, 2006_____                    _____Dexter Snipe_____
Date                                                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**\*\*NOTICE TO PRISONER FILING UNDER 28 U.S.C. §2255:** Complete this form only if you do not have the necessary funds for transcripts, counsel, etc. There is NO FILING FEE for §2255 motions.

IN THE UNITED STATES COURTS FOR
THE MIDDLE DISTRICT OF ALABAMA

Dexter Wayne Snipe

v.

United States Of America

Civil Action #

## Affidavit Of Poverty

My name is Dexter Wayne Snipe. I reside
at P.O.Drawer 159 Montgomery, Alabama, 36101,
I am over the age of (19) nineteen.
I bring this action in good faith.
I have read this action and it is true to
the best of my knowledge and belief.
I do not have money to pay the
cost of this action or the employment
of council in this action.

Respectfully  Submitted
Dexter Wayne Snipe
Dexter Snipe
Dexter Snipe

Copy I
Notary Public
Lisa Hampton Davis

My Commission Expire
March 17, 2009

**RESIDENT HISTORY REPORT**                                  Page 1 of 1

**Montgomery City Jail**
**01/30/06 09:20**
**ST 001 / OPR ARB**

```
Booking Number      :  07350
Resident Name       :  SNIPE, DEXTER
Time Frame          :  12/05/2005 10:26 - 01/30/2006 09:20
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 12/05/2005 | 10:26 | Intake | 1 | arb | A17385 | 100.00 | 100.00 |
| 12/06/2005 | 10:46 | Add | 1 | arb | A17414 | 20.00 | 120.00 |
| 12/06/2005 | 10:57 | Add | 1 | arb | A17422 | 15.00 | 135.00 |
| 12/12/2005 | 10:35 | Order | 2 | NDW | B25051 | 51.76 | 83.24 |
| 12/19/2005 | 10:07 | Order | 2 | NDW | B25286 | 24.41 | 58.83 |
| 12/29/2005 | 11:49 | Add | 1 | arb | A17843 | 50.00 | 108.83 |
| 12/29/2005 | 13:10 | Order | 2 | NDW | B25469 | 14.47 | 94.36 |
| 01/03/2006 | 13:05 | Add | 1 | kk | A17880 | 40.00 | 134.36 |
| 01/05/2006 | 11:23 | Add | 1 | arb | A17911 | 50.00 | 184.36 |
| 01/05/2006 | 14:43 | Order | 2 | NDW | B25569 | 18.76 | 165.60 |
| 01/12/2006 | 10:58 | Order | 2 | edg | B25860 | 17.85 | 147.75 |
| 01/19/2006 | 10:06 | Order | 2 | edg | B26022 | 22.35 | 125.40 |
| 01/19/2006 | 10:22 | Add | 1 | arb | A18157 | 30.00 | 155.40 |
| 01/26/2006 | 14:02 | Order | 2 | edg | B26320 | 22.86 | 132.54 |

Total 305 ⁰⁰                    132.54
Balance

*Mrs. Bibb*
*Commissary Clerk*