IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv131-WHA |
| ) | |
| DEXTER WAYNE SNIPES ) | |

**ORDER ON MOTION**

Now pending before the court is the application to proceed without prepayment of fees (Doc. # 2) filed by movant Dexter Wayne Snipes in conjunction with his motion under 28 U.S.C. § 2255. There is no filing fee required for a motion to vacate filed pursuant to 28 U.S.C. § 2255. Accordingly, upon consideration of the application to proceed without prepayment of fees, it is

ORDERED that the application be and is hereby DENIED as moot.

DONE, this 15th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE