In The United States District Court
For The Middle District Of Alabama
Eastern Division

RECEIVED
2006 MAR -1 A 9:26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

Dexter Wayne Snipe
v.
United States Of America

CR. NO. 3:05cr 198-A

## Objection to Recommendation to dismissal without prejudice, all facts stated

Petitioner is being held without officers presenting a warrent, which prevents using unlawful evidents. Counsel performed deficiently and performance prejudiced the petitioner by not filing timely motions to be discuss between client and attorney to prumply resolve this criminal proceeding. Petitioner have not had contact with attorney by any means, since about November 17, 2005, said this date of February 28, 2006.

docket as an objection in

3:06cv131

Petitioner is challenging the unconstitutional confinement in which the constitution; treaties; and laws of the United States are being diminish by officers acting independently of the law, by breaking the law, to inforce the law. Petitioner is fighting a hebea corpus 28 U.S.C. 2255 to vacate; set aside; or correct a sentence. Petitioner is also fighting base on a statue under 28 U.S.C. 2255 which is a hebeas corpus 28 U.S.C. 2243 Issuance of writ; return; hearing; and dicision. Petitioner ask with respect, for the Judger to deliver justice as law require.

Respectfully Submitted
Dexter Wayne Snipe

This date of February 28, 2006

Dexter Snipe #7350
Post Office Drawer 159
Montgomery, Al. 36101

INMATE MAIL
Montgomery City Jail

36101+0711 B007

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711