IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv131-WHA |
| ) | |
| DEXTER WAYNE SNIPES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 15, 2006, the Magistrate Judge entered a Recommendation (Doc. #4) in which she recommended that this 28 U.S.C. § 2255 motion be dismissed without prejudice, on the basis that it was premature. On March 1, 2006, the court received a document entitled "Objection to Recommendation to Dismissal Without Prejudice, All Facts Stated," which bore the case number 3:05cr198-A, the number for the Defendant's criminal case. The court DIRECTS that the document be filed in this civil case, and the court considers it as an objection to the Recommendation.

Upon an independent evaluation and *de novo* review of this matter, the court agrees with the Recommendation, and the objection is overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion is DISMISSED without prejudice.

DONE this 3rd day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE